

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due January 8, 2014. On January 13, 2014, this court sent appellant a late brief notice, but appellant did not respond. When no brief or motion to extend time to file the brief was filed in response to our late brief notice, this court issued an order requiring appellant to file his brief or a motion to extend time to file the brief on or before February 28, 2014. On February 24, 2014, appellant filed a motion to extend time to file the brief, asking for an extension of sixty days from February 28, 2014. We **GRANT** the motion in part and **DENY** and the motion in part. We **ORDER** appellant to file the appellant's brief on or before **April 8, 2014**, which is ninety days from the original due date. Appellant is advised that no further extension of time to file the brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court